**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHARLES THOMPSON,** : | |
| : | CIVIL ACTION NO. 10-CV-2058 |
| **Plaintiff,** : | |
| **vs.** : | |
| : | |
| **MED-MIZER, INC.** : | |
| : | |
| **Defendant.** : | |

**ORDER**

    **AND NOW**, this   30th   day of November, 2012, upon consideration of

Defendant Med-Mizer, Inc.'s Motion for Summary Judgment (Dkt. No. 73) filed on October  15,

2012, Plaintiff Thompson's Reply to Motion of Med-Mizer, Inc. for Summary Judgment (Dkt.

No. 76) filed on November 2, 2012, Defendant Med-Mizer, Inc.'s Reply Brief to Plaintiff's

Reply to Med-Mizer's Motion for Summary Judgment (Dkt. 82) filed on November 19, 2012;

and for the reasons expressed in the foregoing Memorandum,

       **IT IS ORDERED** that Defendant Med-Mizer, Inc.'s Motion for Summary

Judgment is **GRANTED** with respect to Count II of Plaintiff's Second Amended Complaint. In

all other respects, Defendant Med-Mizer, Inc.'s Motion for Summary Judgment is **DENIED.**

BY THE COURT:

    /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge